COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## AMENDED MEMORANDUM ORDER ON
## MOTION FOR REHEARING AND
## MOTION FOR EN BANC RECONSIDERATION

Style:            *Carolyn R. Milton, Appellant v. Vinh T. Nguyen, D.D.S., Appellee*

Case number:      01-11-00958-CV

Date motion filed:  August 17, 2012

Party filing motion:   Appellant


The motions for rehearing and en banc reconsideration are denied.


Judge's signature:    /s/ Michael Massengale
                      Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.


Date:             October 8, 2012